IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SAFECO INSURANCE COMPANY OF AMERICA             PLAINTIFF

v.                                              CIVIL ACTION NO. 1:22-cv-00152-SA-DAS

RENASANT INSURANCE, INC., AND                   DEFENDANTS
DENNIS HALL

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on October 25, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 25th day of October, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE