UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SAFECO INSURANCE COMPANY OF AMERICA             PLAINTIFF

V.             CAUSE NO. 1:22-CV-00152-GHD-DAS

RENASANT INSURANCE, INC. AND
DENNIS HALL             DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the Joint Motion *ore tenus* of Plaintiff Safeco Insurance Company of America and Defendants Renasant Insurance, Inc. and Dennis Hall to have the claims of Plaintiff be dismissed with prejudice against Defendants. The Court having considered the motion and the agreement of the parties, finds that the motion is well taken and should be granted.

IT IS, THEREFORE ORDERED that the claims of Plaintiff Safeco Insurance Company of America are dismissed with prejudice as to Defendants Renasant Insurance, Inc., and Dennis Hall with each party to bear its own costs and attorneys' fees.

SO ORDERED, this the 17th day of April, 2023.

_____
JUDGE

Agreed to:

/s/ David A. Barfield
David A. Barfield (MB #1994)
Maron Marvel Bradley Anderson & Tardy LLC
1020 Highland Colony Parkway, Suite 400
Ridgeland, MS 39157
Telephone: 601-960-3104
dbarfield@maronmarvel.com

/s/ Clifford K. Bailey, III
Clifford K. Bailey, III
Wells, Marble & Hurst, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS 39157
Telephone: 601-605-6900
fbailey@wellsmar.com